B. Alexander Moghaddam (SBN 141199)
Lisa A. Stilson (SBN 196059)
LAW OFFICES OF ALEXANDER MOGHADDAM, PC
2001 Wilshire Blvd., Suite 210
Santa Monica, CA 90403
Tel.: (310) 315-3442
Fax: (310) 315-4144
alex@moghaddamlaw.com

Attorneys for Defendant and Third-Party Plaintiff
TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER FLOWER COMPUTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC., <br><br> Defendant. <br><br>———————————————<br><br> TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC. <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> MAD DOG MULTIMEDIA, INC., a California corporation, and ROES 1 through 10, inclusive, <br><br> Third-Party Defendants. | Case No. CV07-383-RGK (RCX) <br><br> [Before the Hon. R. Gary Klausner] <br><br> [PROPOSED] JUDGMENT RE MOTION FOR SUMMARY JUDGMENT <br><br> Date: November 26, 2007 <br> Time: 9:00 a.m. <br> Ctrm: 850 <br><br> Disc. Cutoff: Nov. 30, 2007 <br> Pretrial Conf.: January 21, 2008 <br> Trial Date: January 29, 2008 |

1

1  ~~This action came on for hearing before the Court, on _____, 2007,~~
2  ~~Hon. R. Gary Klausner, District Judge Presiding, and~~ Defendant and Third-Party
3  Plaintiff Topocean Consolidation Services (Los Angeles) Inc.'s (hereinafter
4  "Topocean") Motion for Summary Judgment, and the evidence presented having
5  been fully considered, the issues having been duly heard, and a decision having
6  been duly rendered,
7      IT IS ORDERED AND ADJUDGED that Plaintiff Super Flower Computer
8  Company take nothing against Topocean, that the action be dismissed on its merits
9  against Topocean, and that Topocean recover its costs.

Dated: 01·22·08

_____
R. Gary Klausner
UNITED STATES DISTRICT JUDGE