WILLIAM H. COLLIER, JR., CASB No. 97491
william.collier@kyl.com
DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
AUDETTE PAUL MORALES, CASB No. 216631
audette.morales@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416

Attorneys for Plaintiff, Cross-Defendant and Cross-Claimant
SUPER FLOWER COMPUTER INC.

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER FLOWER COMPUTER INC., <br><br> Plaintiff, <br><br> vs. <br><br> TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC., <br><br> Defendant. | Case No. CV07-383 RGK (RCx) <br><br> [PROPOSED] JUDGMENT |
| TOPOCEAN CONSOLIDATION SERVICE (LOS ANGELES) INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> MAD DOG MULTIMEDIA, INC., a California corporation, and ROES 1 through 10, Inclusive, <br><br> Third-Party Defendant. | |

KYL_LB1138342

| | |
|---|---|
| 1 | MAD DOG MULTIMEDIA, INC., a California corporation, )
| 2 | )
| 3 | Cross-Claimant, )
| 4 | vs. )
| 5 | SUPER FLOWER COMPUTER, INC., and )
| 6 | DOES 1 through 10, Inclusive, )
| 7 | Cross-Defendants. )
| 8 | )
| 9 | SUPER FLOWER COMPUTER, INC., )
| 10 | )
| 11 | Cross-Claimant, )
| 12 | vs. )
| 13 | MAD DOG MULTIMEDIA, INC., a California corporation, and )
| 14 | DOES 1 through 10, Inclusive, )
| 15 | )
| 16 | Cross-Defendants. )

18   Pursuant to a Stipulation and Settlement Agreement between
19 Plaintiff, Cross-Defendant and Cross-Claimant SUPER FLOWER
20 COMPUTER INC. ("Super Flower"), and Defendant, Cross-Claimant and
21 Cross-Defendant MAD DOG MULTIMEDIA, INC. ("Mad Dog"), and this
22 Court's January 28, 2008 Order of Dismissal;
23   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
24 judgment shall be and hereby is entered in favor of SUPER FLOWER
25 COMPUTER INC. and against MAD DOG MULTIMEDIA, INC. in the
26 ///
27
28 ///

KYL_LB1138342

1  amount of one hundred eighty-nine thousand dollars and no cents
2  ($189,000).
3
4
5  DATED: May 19, 2008                    /s/ Gary Klausner
6                                         HONORABLE R. GARY KLAUSNER
                                          UNITED STATES DISTRICT JUDGE